# Affidavit of Service

United States District Court Southern District, NEW YORK County, New York
CASE NO.: **15-CV-4498**
Plaintiff / Petitioner: KEVIN WRIGHT
Defendant / Respondent: UNDERCOVER OFFICER #84

> Network Provided
> Time - 12:12 PM
> Date - June 11, 2015
> GPS
> 40.711945 -74.001671

State of New York: County of Nassau:

I **Mitchell Raider** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in NASSAU County in the state of New York.

That on **June 11, 2015** at **12:12 PM** at **ONE POLICE PLAZA, NEW YORK, NY 10038**, deponent served the within **Summons and Complaint** on UNDERCOVER POLICE OFFICER #84 (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

SUITABLE AGE PERSON

By delivering thereat a true copy of each to Cynthia Busby, CO-WORKER (), a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's work place and their reply was affirmative.

Deponent also enclosed a copy of the same in a postpaid sealed envelope, properly addressed to recipient's place of work at ONE POLICE PLAZA, NEW YORK, NY 10038 by regular mail and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within State of New York on 6/12/15

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: **Black, Female, 5' 4", 140 - 150 lbs, Black hair, Dark eyes, glasses, 50 - 55 years**

Server Comments

_[signature]_
Mitchell Raider

Your File/Reference Number: **FILE#23681**
License#1450036
Notary Section

Subscribed and affirmed, or sworn to before me this 15th day of June, 20 17.

Notary Public: _Sandra Ferrari_
Commission Expires: 11/15-17
Prepared by:
Phone: Fax:

SANDRA FERRARI
NOTARY PUBLIC, State of New York
No. 01FE6033290
Qualified in Kings County
Commission Expires November 15, 2077